**The People of the State of Illinois, defendant in error, v. Joseph Soltis, plaintiff in error. Gen. No. 30,358.**

Prosecution for misdemeanor. Conviction without arraignment or plea and after denial of trial by jury. Error to the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the second division of this court for the first division at the October term, 1925. Reversed and remanded. Opinion filed February 2, 1926.

Charles Horgan, for plaintiff in error; James M. Burke, of counsel. Robert E. Crowe, State's Attorney, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.